No. 98–1285. NEW YORK STATE BOARD OF LAW EXAMINERS ET AL. v. BARTLETT. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Sutton* v. *United Air Lines, Inc.*, *ante*, p. 471, *Murphy* v.

*United Parcel Service, Inc., ante, p. 516,* and *Albertson's, Inc.* v. *Kirkingburg, ante,* p. 555.